FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JAN 03 2006 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MILDRED WARD

           **Plaintiff**

-against-

RICHARD SOKOLOFF,

           **Defendant.**

Case #: CV 06 0010 SEYBERT, J WALL, M.J.

**COMPLAINT AND DEMAND FOR JURY TRIAL**

### I. Preliminary Statement

1. Plaintiff MILDRED WARD, brings this action for illegal practices of RICHARD SOKOLOFF (hereinafter "Defendant"), who used false, deceptive, and misleading practices in conjunction with an attempt to collect an alleged debt. Plaintiff alleges that the Defendant has violated the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et. seq. (hereinafter 'FDCPA"). Plaintiff seeks statutory damages, actual damages, punitive damages, costs and attorneys fees.

### II. Jurisdiction

2. Jurisdiction of this Court arises under 15 U.S.C.A. § 1692k and 28 U.S.C. § 1331. Venue in this District is appropriate because pertinent events took place here.

### III. Parties

3. Plaintiff, MILDRED WARD is a natural person residing in the State of Pennsylvania. She is a 'consumer" as defined by § 1692a (3) of the FDCPA.

4.     Defendant RICHARD SOKOLOFF is, upon information and belief, a natural person residing in the State of New York and maintains a place of business located at 28 Lincoln Street, Riverhead, New York. The Defendant is a debt collector in that it regularly attempts to collect debts owed, or alleged to be owed, for personal, family or household purposes.

## FIRST CAUSE OF ACTION
## FAIR DEBT COLLECTION PRACTICES ACT

5.     That Plaintiff is alleged to have incurred a debt in the amount of $845.00 to North Shore Cardiopulmonary.

6.     That at a time unknown to the Plaintiff, the alleged debt was forwarded to the Defendant for the purpose of commencing debt collection activity.

7.     That in the attempt to collect the alleged debt referenced in paragraph 6 heretofore the Defendant contacted the Plaintiff by letter dated January 21, 2005 (Exhibit "A"). Said letter sought payment and contained threatening language. Said letter also implied that the Defendant is an attorney.

8.     That on February 1, 2005 Plaintiff responded to Defendant by sending a letter (Exhibit "B") refuting the alleged debt of $845.00, and requesting that Defendant not contact Plaintiff again except to verify the alleged debt. Plaintiff sent this letter on February 1, 2005 by U.S. Mail with a Certificate of Mailing (Exhibit "B").

9. That on February 21, 2005 Defendant, in derogation of Plaintiff's request to cease and desist, and with a total disregard to Plaintiff's letter dated February 1, 2005, sought payment a second time (Exhibit "C"); either deliberately ignored, or failed and refused to acknowledge receipt of Plaintiff's response letter. Said letter again implied that the Defendant is an attorney.

10. That on March 21, 2005, again in derogation of Plaintiff's request to cease and desist, and again in total disregard to Plaintiff's letter dated February 1, 2005, Defendant sent to Plaintiff yet another letter seeking payment (Exhibit "D"), still either deliberately ignoring, or failing and refusing to acknowledge receipt of Plaintiff's response letter. Said letter once again implied that Defendant is an attorney.

11. That Defendant used mailing envelopes implying that the alleged debt collection was from an attorney (Exhibit "E").

## V. Statement of Claim

12. The Defendant violated the FDCPA. The Defendant's violations include, but are not limited to, the following:

a) Violation of 15 U.S.C. § 1692c by continuing communication in connection with debt collection.

b) Violation of 15 U.S.C. § 1692d by engaging in conduct the natural consequences of which is to harass, oppress or abuse any person in connection with the collection of a debt.

c)   Violation of 15 U.S.C. § 1692e by engaging in false, deceptive and misleading representations in connection with the collection of an alleged debt.

### VI. First Claim For Relief

13.   As a result of the above violations of the FDCPA, the Defendant is liable to the Plaintiff for statutory damages, costs and attorneys fees, all pursuant to 15 U.S.C. § 1692k.

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in his favor for:

A.   Statutory damages in the amount of $1,000 (one thousand dollars) pursuant to 15 U.S.C. § 1692k;

B.   Attorney's fees, litigation expenses and costs pursuant to 15 U.S.C. § 1692k.

C.   Such other and further relief as may be just and proper.

DATED: Smithtown, New York
August 16, 2005

EDWARD J. GROSSMAN, ESQ (eg1655)
Attorney for Plaintiff
135 West Main St.
Smithtown NY 11787
(631) 265-5864

## DEMAND FOR JURY TRIAL

Please take notice that Plaintiff demands trial by jury in this action.

_____
Attorney for Plaintiff

# EXHIBIT A

Richard Sokoloff<br>
Attorney at Law<br>
28 Lincoln Street<br>
Riverhead NY  11901<br>
PH: (631) 369-7181     FAX: (631) 369-7153

MILDRED WARD                                January 21, 2005
2304 APPLEWOOD CT
PERKASIE, PA. 18944


RE: NORTH SHORE CARDIOPULMONARY
ACCOUNT #: 635755
AMOUNT: $845.00                  PLEASE ASK FOR: MRS. BABINO
PATIENT: SELF                    PH#: (631) 369-7181 EXT. 317
DATE(S) OF SERVICE: 10/30/03 - 10/30/03


DEAR MILDRED WARD :


I HAVE  BEEN RETAINED  BY MY  CLIENT  TO OBTAIN PAYMENT OF AN
OUTSTANDING  OBLIGATION  AS  INDICATED  ABOVE.  I REQUEST THAT
YOU  CONTACT MY OFFICE PURSUANT TO THE "IMPORTANT CONSUMER NOTICE"
SET FORTH BELOW OR REMIT THE BALANCE DUE IN ORDER TO RESOLVE THIS
MATTER.

SINCERELY,

RICHARD SOKOLOFF, ESQ.
RS:A01/

**IMPORTANT CONSUMER NOTICE**

"UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS
NOTICE THAT YOU DISPUTE THE VALIDITY OF THE DEBT OR ANY PORTION
THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID.  IF YOU NOTIFY
THIS OFFICE IN WRITING WITHIN 30 DAYS FROM RECEIVING THIS NOTICE,
THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY
OF A JUDGMENT AND WILL MAIL YOU A COPY OF SUCH VERIFICATION OR
JUDGMENT.  IF YOU REQUEST FROM THIS OFFICE IN WRITING WITHIN 30
DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH
THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM
THE CURRENT CREDITOR."


THIS IS AN ATTEMPT TO COLLECT A DEBT.  ANY INFORMATION OBTAINED WILL
BE USED FOR THAT PURPOSE.

EXHIBIT B

Richard Sokoloff, Esq.
28 Lincoln Street
Riverhead, NY 11901

02/01/05

Account # 635755
RE: North Shore Cardiopulmonary
Amount: $845.00

To whom it may concern:

I do not owe the monies you are claiming. Please do not contact me again except to verify this debt.

Sincerely,

*Mildred Ward*

Mildred Ward


2304 Applewood Ct.
Perkasie, Pa 18944

---

UNITED STATES POSTAL SERVICE

U.S. POSTAGE
PAID
SILVERDALE, PA
18962
FEB 01 '05
AMOUNT

0000

$0.90
00055444-01

U.S. POSTAL SERVICE
CERTIFICATE OF MAILING

Received From:
MILDRED WARD
2304 APPLEWOOD CT.
PERKASIE, PA 18944

One piece of ordinary mail addressed to:
RICHARD SOKOLOFF, ESQ
28 LINCOLN STREET
RIVERHEAD NY 11901

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL — POSTMASTER — NOT FOR INSURANCE

PS FORM 3817
MAY 1978

*U.S. GOVERNMENT PRINTIN

```
            SILVERDALE MPO
        SILVERDALE, Pennsylvania
                189629998
             4144060062-0098
02/01/2005      (215)257-7718      02:14:30 PM
───────────── Sales Receipt ─────────────
Product         Sale    Unit       Final
Description     Qty     Price      Price

Certificate      1      $0.90      $0.90
of Mailing
RIVERHEAD NY 11901                 $0.37
First-Class
                                 ========
                Issue PVI:         $0.37
                                 ────────
Total:                             $1.27

Paid by:
Cash                               $2.00
Change Due:                       -$0.73


Bill#:  1000200090545
Clerk:  01

— All sales final on stamps and postage. —
    Refunds for guaranteed services only.
         Thank you for your business.
```

# EXHIBIT C

*Richard Sokoloff*
*Attorney at Law*
*28 Lincoln Street*
*Riverhead NY  11901*
PH: (631) 369-7181    FAX: (631) 369-7153

MILDRED WARD                              February 21, 2005
2304 APPLEWOOD CT
PERKASIE, PA. 18944


RE: NORTH SHORE CARDIOPULMONARY
**ACCOUNT #: 635755**          **PLEASE ASK FOR: MRS. BABINO**
AMOUNT: $845.00                PH#: (631) 369-7181 EXT. 317
PATIENT: SELF


DEAR MILDRED WARD :


I  HAVE NOT  RECEIVED YOUR  PAYMENT AS PREVIOUSLY  REQUESTED.
IF THE ACCOUNT IS NOT DISPUTED, PLEASE FORWARD YOUR PAYMENT TO ME
AT THE ABOVE ADDRESS AND MAKE PAYABLE TO RICHARD SOKOLOFF, ESQ.

IF THE ACCOUNT IS DISPUTED, PLEASE CONTACT MY OFFICE TO ADVISE OF
THE NATURE OF THE DISPUTE.

IF PAYMENT WAS  SENT DIRECTLY TO MY CLIENT,  PLEASE ADVISE ME
OF THE  DATE AND AMOUNT  SO THAT MY RECORDS CAN  BE  ADJUSTED
AND YOUR ACCOUNT CREDITED ACCORDINGLY.

(UNDERSTAND THAT ANY INFORMATION I OBTAIN WILL BE USED FOR THE
PURPOSE OF ATTEMPTING TO COLLECT THIS DEBT.)

VERY TRULY YOURS,


RICHARD SOKOLOFF, ESQ.
RS:A02/CL
-------------------------------------------------------------
*FOR YOUR CONVENIENCE, MY OFFICE ACCEPTS VISA AND MASTERCARD, IF*
*YOU PREFER TO PAY BY CREDIT CARD, PLEASE EITHER CALL MY OFFICE *
*AT (631) 369-7181 OR COMPLETE THE QUESTIONAIRE BELOW AND RETURN*
*IT TO MY OFFICE                                                *
-------------------------------------------------------------
AMOUNT YOU WOULD LIKE TO CHARGE $_____.ATTORNEY ACCT #: 635755
NAME AS IT APPEARS ON CREDIT CARD:_____
ADDRESS THAT STATEMENT IS SENT TO:_____

PLEASE CHECK OFF APPLICABLE CREDIT CARD: VISA _____/MASTERCARD____
ACCOUNT NUMBER: ____-____-____-____.EXPIRATION DATE___/___/__

SIGNATURE:_____.TODAYS DATE:___/___/___
DAY TIME PHONE NUMBER:____-____-_____

EXHIBIT D

*Richard Sokoloff*
*Attorney at Law*
*28 Lincoln Street*
*Riverhead NY  11901*
PH: (631) 369-7181     FAX: (631) 369-7153

**MILDRED WARD**                                   March 21, 2005
**2304 APPLEWOOD CT**
**PERKASIE, PA. 18944**


RE: NORTH SHORE CARDIOPULMONARY
ACCOUNT #: 635755           **PLEASE ASK FOR: MRS. BABINO**
AMOUNT: $845.00             PH#: (631) 369-7181 EXT. 317
PATIENT: SELF

DEAR MILDRED WARD :


THIS LETTER IS NECESSITATED BY YOUR FAILURE TO PAY THE ABOVE
REFERENCED ACCOUNT IN FULL.


CONTACT THIS OFFICE TO MAKE ARRANGEMENTS FOR PAYMENT OF THE
OUTSTANDING DELINQUENT BALANCE DUE AND OWING TO MY CLIENT OR
REMIT THE ABOVE REFERENCED AMOUNT TO SATISFY YOUR ACCOUNT.


IF YOU WOULD LIKE TO PAY OVER THE PHONE USING YOUR VISA OR
MASTERCARD OR PAY BY CHECK OVER THE PHONE, PLEASE CALL MY OFFICE.


(UNDERSTAND THAT ANY INFORMATION I OBTAIN WILL BE USED FOR THE
PURPOSE OF ATTEMPTING TO COLLECT THIS DEBT.)
VERY TRULY YOURS,


RICHARD SOKOLOFF, ESQ.
RS:A03/CL

------------------------------------------------------------------
*IN ADDITION, YOU MAY COMPLETE THE QUESTIONAIRE BELOW AND RETURN*
*IT TO MY OFFICE IF YOU WOULD LIKE TO HAVE YOUR CREDIT CARD     *
*BILLED.                                                        *
------------------------------------------------------------------
ATTORNEY ACCOUNT NUMBER: 635755
Name as it appears on credit card: _____
Address that statement is sent to: _____

Visa ___/Master Card ___. Account Number: ____-____-____-____
                          Expiration Date: ___/___/___
Amount you want to charge to credit card:$_____

Signature:_____.Date:___/___/___

EXHIBIT E

**Richard Sokoloff**
ATTORNEY AT LAW
28 LINCOLN STREET
RIVERHEAD, NY 11901

Address Service Requested

**PERSONAL & CONFIDENTIAL**

U.S. POSTAGE
$00.37
FEB 22 2005
MAILED FROM ZIP CODE 11901
PITNEY BOWES